**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL KENT,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL BLOOD THERAPEUTICS, INC., TED W. LOVE, MARK L. PERRY, DAWN SVORONOS, SCOTT MORRISON, GLENN PIERCE, ALEXIS A. THOMPSON, DEVAL L. PATRICK, PHILIP PIZZO, and WENDY YARNO,<br><br>Defendants. | Case No. 1:22-cv-01184-MN<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 3, 2022, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*

Brian D. Long (#4347)3
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*